DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL GOTTERT,**
Appellant,

v.

**FRANK WARD** and **JUDITH WARD,**
Appellees.

No. 4D 21-1807

[February 24, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Alcorta Waters, Judge; L.T. Case No. 20001915SCAXMX.

Michael Gottert, Boca Raton, pro se.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***